# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL,

                V.                    **JUDGMENT IN A CIVIL CASE**

ROBIN SOTO

                                            CASE NUMBER:    09cv2526 JM(JMA)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the action is dismissed without prejudice. The court also denies Plaintiff's motion to proceed in forma pauperis and for appointment of counsel as moot.........................................................................................
...........................................................................................................................................................

| November 16, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                    S/ T. Lee
                                                                      (By) Deputy Clerk

                                                                      ENTERED ON November 16, 2009